JS-6

Stephen M. Uthoff, State Bar No. 145206
E-mail: suthoff@uthofflaw.com
The Uthoff Law Corporation
401 E. Ocean Blvd., Suite 710
Long Beach, California 90802
Tele: 562-437-4301
Fax: 562-437-4341

Attorneys for Plaintiff
Clearfreight, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CLEARFREIGHT, INC. <br><br> Plaintiff, <br><br> vs. <br><br> CERTAIN UNDERWRITERS AT LLOYD'S of LONDON subscribing to policy no. C101670 identified as BEAZLEY SYNDICATES 2623/623 <br><br> Defendant. | Case No. CV 14-5418-GW(SHx) <br><br> **ORDER OF DISMISSAL** |

1       GOOD CAUSE APPEARING THEREFOR, pursuant to the Stipulation of the parties the entire action is dismissed with prejudice, each party to bear their own costs and fees.

Dated: April 21, 2015

                                                    Honorable George H. Wu
                                                    United States District Judge

PROOF OF SERVICE

STATE OF CALIFORNIA     )
                        )   ss.
COUNTY OF LOS ANGELES )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 401 E. Ocean Blvd., Suite 710, Long Beach, California 90802.

On April 20, 2015, I served the foregoing document described as **[PROPOSED] ORDER OF DISMISSAL** on the interested parties in this action as follows:

See attached list

[ ] **BY MAIL:** I caused such envelope to be deposited in the mail at Long Beach, California. The envelope was mailed with postage thereon fully prepaid. I am readily familiar with this firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on the same day with postage thereon fully prepaid at Long Beach, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[x] **VIA CM/ECF:** Pursuant to General Order 10-07 the forgoing document was served on opposing counsel via the Court's CM/ECF system.

[**X**] Federal: I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on April 20, 2015 at Long Beach, California.

_s/Stephen M. Uthoff_____
Stephen M. Uthoff

3

Frank C. Brucculeri
Bradley Rose
Daniel Berberich
Kaye Rose & Partners LLP
1801 Century Park East Suite 1500
Los Angeles, CA 90067


Andrew de Klerk
Frilot, LLC
1100 Poydras Street, Suite 3700
New Orleans, LA 70163